UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GARY LABARBERA and FRANK FINKEL, Trustees :
of Local 282 International Brotherhood of Teamsters :
Welfare, Pension, Annuity, Job Training and Vacation : **ORDER**
Sick Leave Trust Funds, : 07-CV-4697 (DLI) (JMA)
 :
               Plaintiffs, :
 :
        -against- :
 :
ALMAR PLUMBING & HEATING CORPORATION, :
 :
              Defendant. :
------------------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      No objections have been filed to the Report and Recommendation of the Honorable Joan M. Azrack, U.S.M.J., dated July 31, 2008, and, upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that plaintiffs' motion for default judgment having previously been granted, the plaintiffs are awarded damages against the defendant in the amount of $3,695.90. This award reflects $1,315.53 in interest and liquidated damages, $2,077.87 in attorneys' fees and costs, and $302.50 in auditor's fees. Additionally, plaintiffs' request for injunctive relief is denied. It is further hereby

      ORDERED that service of a copy of this Order on defendants shall be made by the plaintiffs within five (5) days of the date of this Order and proof thereof shall be filed with the court via ECF immediately thereafter. The Clerk of the Court is directed to close the file maintained in this case

DATED:    Brooklyn, New York
             August 20, 2008

                                                   _____/s/_____
                                                        DORA L. IRIZARRY
                                                 United States District Judge